UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC. AND          :
CENGAGE LEARNING INC.,
                                     :
                    Plaintiffs,
                                     :
         -against-                         08 Ci[...]
                                     :
JOHN DOE D/B/A EXPRESS0704
D/B/A EXPRESS0701 D/B/A              :
JEACK RET AND JOHN DOES NOS. 1-5,
                                     :
                    Defendants.
                                     :
- - - - - - - - - - - - - - - - - - -x



RULE 7.1 STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure and to enable Judges and Magistrate Judges

of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Cengage Learning Inc.

(a private, non-governmental party) certifies that no

publicly-held corporation owns more than 10% of the stock

of the said party.


DATE: __7/9/08_____              _William Dunnegan_
                                      SIGNATURE OF ATTORNEY