```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC. AND         :
CENGAGE LEARNING INC.,
                                    :
              Plaintiffs,
                                    :
       -against-                        08 Civ. 6220 (RMB)
                                    :   ECF CASE
JOHN DOE D/B/A EXPRESS0704
D/B/A EXPRESS0701 D/B/A             :
JEACK RET AND JOHN DOE NOS. 1-5,
                                    :
              Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

PLAINTIFFS' <u>EX PARTE</u> APPLICATION FOR AN
ORDER ALLOWING SERVICE BY E-MAIL ON
DEFENDANT JOHN DOE D/B/A EXPRESS0704
D/B/A EXPRESS0701 D/B/A JEACK RET
AND AUTHORIZING THE ISSUANCE OF
SUBPOENAS TO DETERMINE THE IDENTITIES
AND LOCATIONS OF DEFENDANTS

Plaintiffs hereby move pursuant to Rules 4(e)(1) and 26(d) of the Federal Rules of Civil Procedure for an order (i) allowing service by e-mail of the summons and complaint on defendant John Doe d/b/a Express0704 d/b/a Express0701 d/b/a Jeack Ret, and (ii) authorizing plaintiffs to serve subpoenas on AbeBooks Inc., PayPal, Inc. and Google Inc. to determine the identities and locations of defendants, which are presently unknown to plaintiffs.

The basis for this application is set forth in the accompanying declaration of William Dunnegan, sworn to July 11, 2008.

A proposed order is annexed.

Dated: New York, New York
       July 11, 2008

                                      DUNNEGAN LLC

                                      By _____
                                          William Dunnegan (WD9316)
                                          Megan L. Martin (MM4396)
                                      Attorneys for Plaintiffs
                                        Pearson Education, Inc., and
                                        Cengage Learning Inc.
                                      350 Fifth Avenue
                                      New York, New York 10118
                                      (212) 332-8300