# DUNNEGAN LLC
ATTORNEYS AT LAW

350 FIFTH AVENUE

NEW YORK, NEW YORK 10118

212-332-8300

212-332-8301 TELECOPIER

September 4, 2008

By Hand

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

    Re: Pearson Education, Inc., et al. v. Express0704
        08 Civ. 6220 (RMB)

Dear Judge Berman:

    We are attorneys for plaintiffs in the above action filed July 9, 2008.

    Plaintiffs request an adjournment of the pretrial conference scheduled for September 8, 2008 at 9:00 a.m. The reason for this request is that we are awaiting your decision on our motion to allow service by e-mail on the defendant Express0704 and service of subpoenas to determine his or her identity. The motion was filed July 11, 2008.

    There have been no prior requests for adjournment and no defendants have appeared.

Respectfully yours,

Laura Scileppi

**CONFERENCE ADJOURNED TO 10/16/08 @ 9:00 AM.**

SO ORDERED:
Date: 9/5/05
Richard M. Berman, U.S.D.J.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/5/08]

[RECEIVED SEP 05 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]